# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN JAMES HENDERSON, <br><br> Defendant. | CR-12-73-GF-BMM <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 4, 2019. (Doc. 66.) Jonathan Henderson (Henderson) waived the 14 day objection period and his right to allocute before the undersigned.

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 3, 2019. (Doc. 65.) The United States accused Williams of violating his conditions of supervised release by: 1) by using methamphetamine on two separate occasions; 2) by failing to participate in substance abuse treatment; 3) by failing to follow the instructions

of his probation officer; and 4) by failing to report for substance abuse testing. (Doc. 63.)

Henderson admitted to the allegations. (Doc. 65.) Judge Johnston found that Williams' violations warrant revocation, and recommended a sentence of 7 months of custody, with 37 months of supervised release to follow. (Doc. 66 at 3.)

The violations prove serious and warrant revocation of Henderson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 66) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Jonathan James Henderson be sentenced to custody to seven months, with thirty-seven months of supervised release to follow.

DATED this 21st day of October, 2019.

_____
Brian Morris
United States District Court Judge