IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JONATHAN JAMES HENDERSON, Defendant. | CR 12-73-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Jonathan Henderson (Henderson) has been accused of violating the conditions of his supervised release. Henderson admitted alleged violations 1, 2, 3, 4, 5 and 6. Henderson denied alleged violations 7 and 8. The government satisfied its burden of proof with respect to alleged violations 7 and 8. Henderson's supervised release should be revoked. Henderson should be placed in custody for 1 year and 1 day, with no supervised release to follow.

## II. Status

Henderson pleaded guilty to Possession with Intent to Distribute Methamphetamine on April 10, 2013. (Doc. 26). The Court sentenced Henderson to 90 months of custody, followed by 4 years of supervised release. (Doc. 33).

The Court reduced Henderson's term of custody to 70 months pursuant to 18 U.S.C. § 3582(c)(2) on May 27, 2015. (Doc. 41). Henderson's current term of supervised release began on May 27, 2022. (Doc. 99 at 3).

**Petition**

The United States Probation Office filed a Fourth Amended Petition on February 20, 2023, requesting that the Court revoke Henderson's supervised release. (Doc. 99). The Fourth Amended Petition alleges that Henderson violated the conditions of his supervised release: 1) by failing to comply with terms of his mental health treatment program on two separate occasions; 2) by failing to report for substance abuse testing on two separate occasions; 3) by providing a diluted urine specimen; and 4) by using methamphetamine on three separate occasions.

**Initial appearance**

Henderson appeared before the undersigned for his initial appearance on the Fourth Amended Petition on February 21, 2023. Henderson was represented by counsel. Henderson stated that he had read the petition and that he understood the allegations. Henderson waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on February 21, 2023. Henderson admitted that he had violated the conditions of his supervised release: 1) by failing to comply with terms of his mental health treatment program on two separate occasions; 2) by failing to report for substance abuse testing on two separate occasions; 3) by providing a diluted urine specimen; and 4) by using methamphetamine on January 17, 2023. Henderson denied alleged violations 7 and 8. The government satisfied its burden of proof with respect to alleged violations 7 and 8. The violations are serious and warrant revocation of Henderson's supervised release.

Henderson's violations are Grade C violations. Henderson's criminal history category is II. Henderson's underlying offense is a Class B felony. Henderson could be incarcerated for up to 36 months. He could be ordered to remain on supervised release for up to 31 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Henderson's supervised release should be revoked. Henderson should be incarcerated for 1 year and 1 day, with no supervised release to follow. This

3

sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Henderson that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Henderson of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Henderson that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Jonathan James Henderson violated the conditions of his supervised release: by failing to comply with terms of his mental health treatment program on two separate occasions; by failing to report for substance abuse testing on two separate occasions; by providing a diluted urine specimen; and by using methamphetamine on three separate occasions.

The Court **RECOMMENDS:**

> That the District Court revoke Henderson's supervised release and commit Henderson to the custody of the United States Bureau of Prisons for 1 year and 1 day, with no supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 22nd day of February, 2023.

John Johnston
United States Magistrate Judge